Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK ANTHONY CAMARGO,<br><br>Defendant. | Docket Number  6:20-mj-00013-JDP<br><br>**MOTION TO DISMISS COUNT 3 OF COMPLAINT; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal of Count 3 of the criminal complaint: Fail to possess a valid driver license in violation of Title 36 Code of Federal Regulations §4.2: California Vehicle Code §12951(a), without prejudice and in the interest of justice.

Dated:  October 19, 2020          /S/ Sean O. Anderson_____
                                                              Sean O. Anderson
                                                              Legal Officer
                                                              Yosemite National Park

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, it is hereby ordered that count 3 of the criminal complaint, in the above referenced matter, *United States v. Camargo*, 6:20-mj-00013-JDP, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   October 21, 2020                              _____
                                                                        UNITED STATES MAGISTRATE JUDGE

2