AO 245B-CAED (Rev. 09/2019) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|

v.

**FRANK ANTHONY CAMARGO**

Case Number: **6:20MJ00013-001**

Defendant's Attorney: Benjamin Gerson, Assistant Federal Defender

**THE DEFENDANT:**

[✓]　pleaded guilty to counts ___one, two, and seven___ of the Complaint.

[ ]　pleaded nolo contendere to count(s) ___ , which was accepted by the court.

[ ]　was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR § 4.21(c) | Operate a vehicle at a speed in excess of the speed limit | 6/29/2020 | one |
| 36 CFR § 4.12 | Fail to comply with traffic control device | 6/29/2020 | two |
| 36 CFR § 4.2 | Drive recklessly upon a highway in willful or wanton disregard for the safety of persons or property where alcohol was a factor | 6/29/2020 | seven |

　　　The defendant is sentenced as provided in pages 2 through___of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]　The defendant has been found not guilty on count(s) ___ .

[✓]　Counts ___four, five, and six___ are dismissed on the motion of the United States.

[ ]　Indictment is to be dismissed by District Court on motion of the United States.

[ ]　Appeal rights given.　　　　　[✓]　　Appeal rights waived.

　　　It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**4/7/2021**
_____
Date of Imposition of Judgment

_Helena M. Barch-Kuchta_

_____
Signature of Judicial Officer

**Helena M. Barch-Kuchta**, United States Magistrate Judge
_____
Name & Title of Judicial Officer

4/16/2021
_____
Date

AO 245B-CAED (Rev. 09/2019) Sheet 4 - Misdemeanor Probation

DEFENDANT: **FRANK ANTHONY CAMARGO**                                           Page 2 of 3
CASE NUMBER: **6:20MJ00013-001**

# PROBATION

The defendant is hereby sentenced to probation for a term of: 12 months unsupervised probation .

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1.  The defendant's probation shall be unsupervised by the probation office.

2.  The defendant is ordered to obey all federal, state, and local laws.

3.  The defendant shall notify the court and the government officer within seven days of any change in the defendant's address. If represented, the defendant shall provide such notice through counsel.

4.  The defendant shall pay a fine of $1220.00 and a special assessment of $30.00 for a total financial obligation of $1250.00 which shall be paid at the rate of $125.00 per month commencing on May 6, 2021 and each month thereafter until paid in full on or before 2/28/2022. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

    CLERK U.S.D.C.
    2500 Tulare Street, Rm 1501
    Fresno, CA 93721

5.  The defendant shall personally appear for a probation review hearing on October 5, 2021, and March 15, 2022, both at 10 a.m., before U.S. Magistrate Judge Barch-Kuchta.
    A status report regarding the defendant's performance on probation shall be filed 14 days prior to the Probation Review whether the defendant is fully in compliance or not.

6.  The defendant shall advise the court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.

7.  The defendant shall not operate a motor vehicle with any detectable amount of alcohol in defendant's system.

8.  The defendant shall not refuse to or fail to complete a chemical test to determine blood alcohol content, if requested by a Law Enforcement Officer.

9.  The defendant shall complete a DMV approved Wet and Reckless program by 9/15/2021.

AO 245B-CAED (Rev. 09/2019) Sheet 6 - Schedule of Payments

DEFENDANT: **FRANK ANTHONY CAMARGO**
CASE NUMBER: **6:20MJ00013-001**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A.  [ ]   Lump sum payment of $ ___ due immediately, balance due

   [ ]   Not later than ___, or

   [ ]   in accordance   [ ] C,   [ ] D,   [ ] E, or   [ ] F below; or

B.  [ ]   Payment to begin immediately (may be combined with   [ ] C,   [ ] D,   or [ ] F below); or

C.  [✔]   Payment in equal   $125.00   monthly payments beginning 5/6/2021 ___ over a period of   10 months   to be paid in full on or before   2/28/2022   *(e.g. 30 or 60 days)* after the date of this judgment; or

D.  [ ]   Payment in equal ___ *(e.g. weekly, monthly, quarterly)* installments of $ ___ over a period of ___ *(e.g. months or years)*, to commence ___ *(e.g. 30 or 60 days)* after release from imprisonment to a term of supervision; or

E.  [ ]   Payment during the term of supervised release/probation will commence within ___ *(e.g. 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F.  [✔]   Special instructions regarding the payment of criminal monetary penalties:

   [✔] **Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to:**
      [✔] CLERK U.S.D.C.
         2500 Tulare Street, Rm 1501
         Fresno, CA 93721
   Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

If incarcerated, payment of any unpaid criminal monetary penalties in this case is due during imprisonment at the rate of 10% of the defendant's gross income per month or $25 per quarter, whichever is greater. Payment shall be made through the Bureau of Prisons Inmate Financial Responsibility Program.

The defendant shall make payments toward any unpaid criminal monetary penalties in this case during supervision at the rate of at least 10% of your gross monthly income. Payments are to commence no later than 60 days from placement on supervision. This payment schedule does not prohibit the United States from collecting through all available means any unpaid criminal monetary penalties at any time, as prescribed by law.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]   Joint and Several

Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

[ ]   The defendant shall pay the cost of prosecution.

[ ]   The defendant shall pay the following court cost(s):

[ ]   The defendant shall forfeit the defendant's interest in the following property to the United States: The Preliminary Order of Forfeiture is hereby made final as to this defendant and shall be incorporated into the Judgment.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.